■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL TENAGLIA, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on May 19, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Smith, JJ.

■ CUMIS INSURANCE SOCIETY, INC., Respondent, v ROSARIO SINACORI, Appellant.—Order, Supreme Court, New York County (Bruce Wright, J.), entered on or about August 19, 1987, unanimously affirmed, without costs and without disbursements, for the reasons stated by Wright, J. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Smith, JJ. [134 Misc 2d 10.]

■ 3C ASSOCIATES v IC & LP REALTY Co.—Motion for clarification granted only to extent of deleting from line 4 of the last paragraph of the memorandum decision (137 AD2d 439, 440) the words "monthly interest rates" and substituting therefor the words "annual interest rate". Concur—Murphy, P. J., Sullivan, Kassal, Ellerin and Smith, JJ.